# United States District Court

WESTERN DISTRICT OF WASHINGTON

SHANNA ALLERS-PETRUS,

       PLAINTIFFS

    v.

COLUMBIA RECOVERY GROUP, LLC.,

       DEFENDANTS

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5533FDB

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Defendant's Motion for Summary Judgment [Dkt. # 16] is **GRANTED** dismissing all claims of Plaintiff.

March 27, 2009                                         BRUCE RIFKIN
                                                                               Clerk

                                                                           /s/  Pat LeFrois
                                                                                   Deputy Clerk